Clerk Of Courts,                                          9/22/13

I am writeing you in The hopes That you can help me in regaurds To a civil action I had in front of Judge Connoboy and Judge Mannion. IT was settled in The beginning of 2012 (?) (I lost all my paperwork from This case) The case was Charles H. Dunkle III vs Hazleton Police Dept. and four officers. I am looking To atleast find out The Docket Numbers for This case. I am Presently incarserated in Luzerne County Correctional Facilaty.

I've filed a petition To proceed in The form of Pauures in Luzerne County and would also like To know if This would also pertain To civil matters in Scranton District Court or If I must file a seperate petition in form of Pauures To obtain any copys of past civil action or To file new civil actions.

I would greatly appreciate a responce To This letter at your earliest possible convience. Thank you for your time and consideration on This matter.

                                      Respectfully Yours
                                      Charles H. Dunkle III

**FILED**
**SCRANTON**

SEP 2 5 2013

PER _____
       DEPUTY CLERK

C.C. 1 of 3



LEBANON VALLEY PA 180

23 SEP 2013 PM 2 L

Charles H. DUNMETT II
LUZERNE COUNTY
CORRECTIONAL FACILITY
99 WATER STREET
WILKES-BARRE, PA 18702

This correspondence is from a county correctional facility and the sender is an inmate. The contents have not been checked. Luzerne County Correctional Facility is not responsible for the contents of the envelope.

Scranton Federal Court House
Clerk of Courts
235 N. Washington Av
Scranton, Pa. 18501